IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #58, PAINTERS DISTRICT COUNCIL #58 401(K) PLAN, FINISHING TRADES INSTITUTE, LABOR MANAGEMENT COOPERATIVE INITIATIVE, SAFETY TRAINING AWARD RECOGNITION, CENTRAL ILLINOIS DRUG FUND, SOUTHERN ILLINOIS DRUG FUND, PAINTERS DISTRICT COUNCIL #58 ADMINISTRATIVE DUES CHECK OFF, ILLINOIS STATE PAINTERS HEALTH & WELFARE FUND, PAINTERS & GLAZIERS OF CENTRAL AND SOUTHERN ILLINOIS, Plaintiffs, v. CAPITAL RESTORATION & PAINTING CO. Defendant. | No.   12-285-JPG |

**ORDER**

THIS MATTER comes before the Court on plaintiff's motion for default judgment (Doc. 8). The Court, being fully advised in the premises, finds that a complaint was filed on April 3, 2012, and that the defendant, Capital Restoration & Painting Co., was personally served on April 17, 2012. On June 11, 2012, defendant was found to be in default, and therefore plaintiffs are entitled to judgment.

The Court therefore **GRANTS** the motion (Doc. 8) and **ORDERS** as follows:

A.      That judgment is entered in favor of plaintiff Illinois State Painters Welfare Fund and against defendant Capital Restoration & Painting Co. in the sum of $3,661.81 (consisting of contributions of $1,389.23 for covered work performed by its employees during the time period

of January 1, 2008 through March 31, 2011, plus liquidated damages of $277.84, plus audit costs of $310.40, plus reasonable attorneys' fees and costs of $1,684.34); and

    B.  That judgment is entered in favor of plaintiffs International Union of Painters and Allied Trades District Council #58, Painters District Council #58 401(k) Plan, Finishing Trades Institute, Labor Management Cooperative Initiative, Safety Training Award Recognition, Central Illinois Drug Fund, Southern Illinois Drug Fund, Painters District Council #58 Administrative Dues Check Off, and Painters & Glaziers of Central and Southern Illinois and against defendant Capital Restoration & Painting Co. in the sum of $7,643.17 (consisting of contributions of $3,320.99 for covered work performed by its employees during the time period of January 1, 2008 through March 31, 2011, plus liquidated damages of $332.09, plus audit costs of $621.41, plus reasonable attorneys' fees and costs of $3,368.68).

**IT IS SO ORDERED.**

**DATED:** August 14, 2012

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **UNITED STATES DISTRICT JUDGE**