IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #58, PAINTERS DISTRICT COUNCIL #58 401(K) PLAN, FINISHING TRADES INSTITUTE, LABOR MANAGEMENT COOPERATIVE INITIATIVE, SAFETY TRAINING AWARD RECOGNITION, CENTRAL ILLINOIS DRUG FUND, SOUTHERN ILLINOIS DRUG FUND, PAINTERS DISTRICT COUNCIL #58 ADMINISTRATIVE DUES CHECK OFF, ILLINOIS STATE PAINTERS HEALTH & WELFARE FUND, PAINTERS & GLAZIERS OF CENTRAL AND SOUTHERN ILLINOIS, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>CAPITAL RESTORATION & PAINTING CO. <br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No.　12-285-JPG ) ) ) ) |

**DEFAULT JUDGMENT**

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

A.　　That judgment is entered in favor of plaintiff Illinois State Painters Health and Welfare Fund and against defendant Capital Restoration & Painting Co. in the sum of $3,661.81 (consisting of contributions of $1,389.23 for covered work performed by its employees during the time period of January 1, 2008 through March 31, 2011, plus liquidated damages of $277.84, plus audit costs of $310.40, plus reasonable attorneys' fees and costs of $1,684.34); and

B.　　That judgment is entered in favor of plaintiffs International Union of Painters and Allied Trades District Council #58, Painters District Council #58 401(k) Plan, Finishing Trades

Institute, Labor Management Cooperative Initiative, Safety Training Award Recognition, Central Illinois Drug Fund, Southern Illinois Drug Fund, Painters District Council #58 Administrative Dues Check Off, and Painters & Glaziers of Central and Southern Illinois and against defendant Capital Restoration & Painting Co. in the sum of $7,643.17 (consisting of contributions of $3,320.99 for covered work performed by its employees during the time period of January 1, 2008 through March 31, 2011, plus liquidated damages of $332.09, plus audit costs of $621.41, plus reasonable attorneys' fees and costs of $3,368.68).

                                **NANCY J. ROSENSTENGEL, Clerk of Court**

Date**:**  August 14, 2012                     **By:s/Deborah Agans, Deputy Clerk**

Approved:    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **UNITED STATES DISTRICT JUDGE**